# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jared Renner, | Case No. 19-cv-3007 (SRN/DTS) |
| Petitioner, | |
| v. | **ORDER** |
| Minnesota Department of Corrections, | |
| Respondent. | |

Jared Renner, Reg. No. 256560, Minnesota Correctional Facility, 1101 Linden Lane, Faribault, MN 55021, petitioner *pro se.*

Scott A. Buhler, Polk County Attorney's Office, 816 Marin Avenue, Suite 254, Crookston, MN 56716, for respondent Department of Corrections.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated September 10, 2020. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED THAT:**

1. Petitioner Jared Renner's petition for a writ of habeas corpus [Doc. No. 1] is **DENIED**; and

2. This action is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 28, 2020                    s/Susan Richard Nelson
                                             SUSAN RICHARD NELSON
                                             United States District Judge