UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jared Renner, | Case No. 19-CV-3007 (SRN/DTS) |
| Petitioner, | |
| v. | **ORDER** |
| Minnesota Department of Corrections, | |
| Respondent. | |

This matter is before the Court on petitioner Jared Renner's application for *in forma pauperis* ("IFP") status on appeal. *See* Doc. No. 18. The Court has reviewed the financial information submitted by Renner and concludes that he qualifies financially for IFP status. Moreover, although the Court has declined to issue a certificate of appealability, *see* ECF No. 17, "[t]he standard for granting an application for leave to proceed in forma pauperis . . . is a lower standard than the standard for certificates of appealability," *Moore v. Haas*, Civil No. 2:13-CV-12225, 2013 WL 5819593, at *6 (E.D. Mich. Oct. 29, 2013); *accord United States v. Youngblood*, 116 F.3d 1113, 1115 (5th Cir. 1997). Renner's appeal is not frivolous as the Supreme Court has defined that term. Accordingly, Renner's IFP application will be granted.

1

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED that the application to proceed *in forma pauperis* on appeal of petitioner Jared Renner [Doc. No. 18] is GRANTED.

Dated: November 30, 2020                                s/Susan Richard Nelson
                                                         SUSAN RICHARD NELSON
                                                         United States District Judge